IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TRAVIS McKINNEY,

       Plaintiff,

v.                                           4:11cv613-WS

WAKULLA COUNTY SHERIFF'S
DEPARTMENT, et al.,

       Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation docketed February 21, 2012.  See Doc. 9.  The magistrate judge recommends that this case be dismissed.  The plaintiff has filed objections (doc. 10) to the report and recommendation.

Having considered the record in light of the plaintiff's objections, the court finds that the magistrate judge's report and recommendation should be adopted.

Accordingly, it is ORDERED:

1.  The magistrate judge's report and recommendation (doc. 9) is hereby ADOPTED and incorporated by reference into this order.

2.  The plaintiff's complaint (doc. 1) and this action are DISMISSED under 28 U.S.C. § 1915(e)(2)(B)(i) and (iii), and the docket shall so reflect.

3.  The clerk shall enter judgment stating: "All claims are DISMISSED with prejudice."

DONE AND ORDERED this   15th   day of     March   , 2012.


                s/ William Stafford
                WILLIAM STAFFORD
                SENIOR UNITED STATES DISTRICT JUDGE